Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Angel Marioni-Melendez,

_____
*Your full name*

**FEDERAL TORTS CLAIM ACT
COMPLAINT**

v.

Civil Action No.: 2:14-cv-24272
*(To be assigned by the Clerk of Court)*

UNITED STATES OF AMERICA

FILED
AUG -1 2014
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

## I. JURISDICTION

The Court has jurisdiction over this action pursuant to: Title 28 U.S.C. Sections 2671 et seq. (FTCA) and Title 28 U.S.C. Section 1346(b)(1).

## II. PLAINTIFF

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

    A.   Your full name: Angel Marioni-Melendez    Inmate No.: 16638-051
            Address: FCI Gilmer PO Box 6000 Glenville, WV 26351

## III. PLACE OF PRESENT CONFINEMENT

Name of Prison/Institution: Federal Corrections Institution Gilmer

    A.   Is this where the events concerning your complaint took place?
        ☐ Yes     ☒ No

Attachment A

If you answered "NO," where did the events occur?
Big Spring Correctional Center

IV. PREVIOUS LAWSUITS

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?   ☐ Yes   ☒ No

B. If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1. Parties to this previous lawsuit:

   Plaintiff(s): _____
   Defendant(s): _____

2. Court: _____
   *(If federal court, name the district; if state court, name the county)*

3. Case Number: _____

4. Basic Claim Made/Issues Raised: _____

5. Name of Judge(s) to whom case was assigned: _____

6. Disposition: _____
   *(For example, was the case dismissed? Appealed? Pending?)*

7. Approximate date of filing lawsuit: _____

8. Approximate date of disposition. Attach copies:_____

C. Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
☒ Yes ☐ No

D. If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought. <u>Generally, see Appendix of Administrative Record, enclosed herewith. Note as well, Claimant has conducted full FBoP "BP", Inmate Request for Administrative Remedy Requests and Appeals, (FBoP), and Complaints with GEO Group, and Notice of Intent (Claim)</u>

E. Did you exhaust **ALL** available administrative remedies?
☒ Yes ☐ No

F. If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted. <u>Generally, see Appendix of Administrative Record, enclosed herewith. Note as well, Claimant has conducted full FBoP "BP", Inmate Request for Administrative Remedy Requests and Appeals, (FBoP), and Complaints with GEO Group, and Notice of Intent (Claim)</u>

G. If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1. Parties to previous lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____
   _____

Attachment A

    2.    Name and location of court and case number: _____

    3.    Grounds for dismissal: ☐ frivolous ☐ malicious
    ☐ failure to state a claim upon which relief may be granted

    4.    Approximate date of filing lawsuit: _____

    5.    Approximate date of disposition: _____

V.    ADMINISTRATIVE REMEDIES PURSUANT TO THE FTCA

    A.    Did you file an FTCA Claim Form (SF-95), or any other type of written notice of your claim, with the appropriate BOP Regional Office?
    ☐ Yes    ☐ No

    B.    If your answer is "YES," answer the questions below:

        1.    Identify the type of written claim you filed: _____

        2.    Date your claim was filed: _____

        3.    Amount of monetary damages you requested in your claim:
_____

        4.    If you received a written Acknowledgment of receipt of your claim from the BOP, state the:

            I.    Date of the written acknowledgment: _____
            ii.    Claim Number assigned to your claim: _____

    C.    If your claim involves individuals who are employed by government agencies **other than the BOP**, did you file an FTCA Claim Form (SF-95), or any other type of written notice of your claim with the appropriate government agencies? ☐ Yes ☐ No

Attachment A

D. If your answer is "YES," answer the questions below:

   1. Identify the specific government agency or agencies, including the addresses, where you filed notice of your claim:
   _____
   _____
   _____

   2. Identify the type of written claim(s) you filed: _____
   _____

   3. Date your claim(s) were filed: _____

   4. Amount of monetary damages you requested in your claim(s):
   _____

   5. If you received a written Acknowledgment of receipt of your claim(s), state the:

      I. Date of the written Acknowledgment: _____

      ii. Claim Number assigned to your claim: _____

E. If the BOP (or other government agency that received notice of your claim) either denied your claim or offered you a settlement that you did not accept, please state whether you requested reconsideration of your claim.
   ☐ Yes     ☐ No

   1. If you answered "YES," state the:

      I. Date you requested reconsideration: _____

      ii. Date the agency acknowledged receipt of your request for reconsideration: _____

Attachment A

## VI. STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case. You must include allegations of specific wrongful conduct as to EACH and EVERY federal employee about whom you are complaining. Describe exactly what each federal employee did. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph.* ***UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION. NO MORE THAN FIVE (5) TYPED OR TEN (10) LEGIBLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)***

CLAIM 1: Defendant refuses to compensate for the loss of Claimant's Personal Property, although defendant has previously conceded to liability for the loss, having paid partial compensation for work tools, yet not for products.

Supporting Facts: Claimant was transferred from the Big Spring Correctional Center on March 27, 2012, without the GEO Group, Inc. staff properly ensuring that his personal property was secured, causing the loss of his craft tools and resources, as well as the craft work products derived therefrom.

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____
_____
_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?   ☐ Yes   ☐ No

If your answer is "YES," please explain: _____
_____
_____

CLAIM 2: _____
_____
_____

Attachment A

Supporting Facts: _____
_____
_____
_____

      Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:
_____
_____
_____

      With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?   ☐ Yes   ☐ No

      If your answer is "YES," please explain: _____
_____
_____
_____

CLAIM 3: _____
_____
_____

Supporting Facts: _____
_____
_____
_____

      Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:
_____
_____
_____

      With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?   ☐ Yes   ☐ No

Attachment A

If your answer is "YES," please explain: _____

_____
_____
_____

CLAIM 4: _____
_____
_____

Supporting Facts: _____
_____
_____
_____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____
_____
_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?  ☐ Yes   ☐ No

If your answer is "YES," please explain: _____
_____
_____
_____
_____

CLAIM 5: _____
_____
_____

Supporting Facts: _____
_____
_____
_____

Attachment A

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____
_____
_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?  ☐ Yes  ☐ No

If your answer is "YES," please explain: _____
_____
_____
_____
_____

## VII. INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured or your property damaged and the exact nature of your damages. <u>Claimant has apparently irretrievably lost his personal artistic work-products which the record shows were part of the personal property which the defendant conceded to liability regarding for its having neglected to duly secure Claimant's personal property, and these products have both monetary, and personal sentimental value.</u>

## VIII. RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*
<u>The Court should grant compensatory damages, as well as render a nominal award, together for monetary relief of $10,000.00 and an avowal of defendant's notice by the Court to fulfill its responsibility to secure its inmates personal property.</u>

Attachment A

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  FCI Gilmer                                on  July 13, 2014          .
               (Location)                                       (Date)

/s/ _____
        Your Signature